FILED
JUL 17 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EMANUEL LUCIOUS,<br><br>            Plaintiff.<br>_____/ | No. C 09-0819 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff's motion to voluntarily dismiss this case (document number 5 on the docket) is **GRANTED**. This case is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 20, 2009.

_____
PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.09\LUCIOUS0819.DSM.wpd